FILED
NOV 0 4 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VICTOR MANUEL ) <br> SANTAMARIA-HERNANDEZ, ) <br> ) <br> Defendant. ) | Criminal Case No.90CR1065-GT <br><br> ORDER OF DISMISSAL OF INDICTMENT AND RECALL BENCH WARRANT |

Application being made by plaintiff, UNITED STATES OF AMERICA, and good cause appearing therefor,

IT IS HEREBY ORDERED that Criminal Case No. 90cr1065-GT, against defendant VICTOR MANUEL SANTAMARIA-HERNANDEZ, is hereby dismissed.

DATED: November 3, 2011.

HONORABLE GORDON THOMPSON, JR.
United States District Judge